1  ANDREW C. GREEN, ESQ.
   Nevada Bar No. 9399
2  MICHAEL D. DISSINGER, ESQ.
   Nevada Bar No. 15208
3  KOELLER, NEBEKER, CARLSON & HALUCK, LLP
   400 S. 4th Street, Suite 600
4  Las Vegas, NV 89101
   Phone: (702) 853-5500
5  Fax: (702) 853-5599
   Andrew.green@knchlaw.com
6  Michael.dissinger@knchlaw.com
   Attorneys for Defendant,
7  LM GENERAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHY WILKINSON, an Individual, | CASE NO.: 2:20-cv-00315-JAD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE** |
| LM GENERAL INSURANCE COMPANY, a Foreign Corporation; DOES I through X; and ROE BUSINESS ENTITIES XI through XX, inclusive, | ECF No. 22 |
| Defendants. | |

**COME NOW**, Defendant, LM GENERAL INSURANCE COMPANY (hereinafter referred to as "Defendant" or "LM General"), by and through its counsel of record, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, KATHY WILKINSON (hereinafter referred to as "Plaintiff"), by and through her counsel of record, the law firm of CLAGGETT & SYKES LAW FIRM, and hereby stipulate that Plaintiff

///
///
///
///
///
///
///

627728v1

1 | hereby dismisses her Complaint and claims against Defendant, LM GENERAL INSURANCE
2 | COMPANY, with prejudice, each party to bear their own costs and fees.

DATED this ___ day of August, 2021.    DATED this ___ day of August, 2021.

KOELLER, NEBEKER, CARLSON            CLAGGETT & SYKES LAW FIRM
& HALUCK, LLP

By: _____          By: _____
ANDREW C. GREEN, ESQ.                SEAN K. CLAGGETT, ESQ.
Nevada Bar No. 9399                  Nevada Bar No. 8407
MICHAEL D. DISSINGER, ESQ.           JENNIFER MORALES, ESQ.
Nevada Bar No. 15208                 Nevada Bar No. 8829
400 S. 4th Street, Suite 600         SHANNON L. WISE, ESQ.
Las Vegas, NV 89101                  Nevada Bar No. 14509
Attorneys for Defendant,             4101 Meadows Lane, Suite 100
LM GENERAL INSURANCE                 Las Vegas, NV 89107
COMPANY                              Attorneys for Plaintiff,
                                     KATHY WILKINSON

### ORDER

Based on the parties' stipulation [ECF No. 22] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED with prejudice**, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge
8/23/2021

Respectfully submitted by:

KOELLER, NEBEKER, CARLSON
& HALUCK, LLP

By: _____
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Attorneys for Defendant,
LM GENERAL INSURANCE COMPANY

627728v1